IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-41-FL

| | | |
|---|---|---|
| D. KEITH ALLISON, and ALLISON PROPERTIES, INC., | ) ) ) | |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE COMPANY, and HARFORD MUTUAL INSURANCE COMPANY, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on plaintiffs' motion to voluntarily dismiss without prejudice (DE 26), and motion for extension of time (DE 28) to respond to defendants' motions to dismiss and motions for judgment on the pleadings ("defendants' motions") (DE 8, 12, 16, 19). Based on the grounds presented in support of the motion, and on the terms sought, the motion is DENIED. However, of its own initiative, the court EXTENDS the time for response to defendants' motions to **April 30, 2020.** As such, plaintiffs' motion for extension of time is DENIED AS MOOT.

SO ORDERED, this the 27th day of March, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge