IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:20-CV-00041-FL

| | |
|---|---|
| D. KEITH ALLISON and ALLISON PROPERTIES, INC., <br>                 Plaintiff, <br><br> v. <br><br> METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, METROPOLITAN CASUALTY INSURANCE COMPANY, and HARFORD MUTUAL INSURANCE COMPANY, <br>                 Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    **STIPULATION OF DISMISSAL WITH PREJUDICE** |

     Plaintiffs D. Keith Allison and Allison Properties, Inc. ("Plaintiffs") and Defendants Metropolitan Property And Casualty Insurance Company, Metropolitan Casualty Insurance Company and Harford Mutual Insurance Company ("Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all claims alleged in this action by Plaintiffs against Defendants are hereby dismissed WITH PREJUDICE.

     This the 21st day of May, 2020.

| The Michael Porter Law Firm <br><br> /s/ Michael Raymond Porter <br> Michael Raymond Porter <br> 5851 Ramsey Street <br> Fayetteville, North Carolina 28311 <br> N.C. State Bar No. 37000 <br> 910-339-3131 <br> Michael@michaelporterlaw.com <br><br> *Attorneys for Plaintiff* | Little & Little, PLLC <br><br> /s/ Cathryn M. Little <br> Cathryn M. Little <br> PO Box 20789 <br> Raleigh, North Carolina 27603 <br> N.C. State Bar No. 16974 <br> 919-856-0006 <br> cathrynmlittle@aol.com <br><br><br> *Attorney for Defendants Metropolitan Property and Casualty Insurance Company and Metropolitan Casualty Insurance Company* |

| | |
|---|---|
| BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.<br><br>/s/ Walter L. Tippett, Jr.<br>Walter L. Tippett, Jr.<br>N.C. State Bar No. 22357<br>W. Michael Dowling<br>N.C. State Bar No. 42790<br>Post Office Box 1800<br>Raleigh, North Carolina 27602<br>Telephone: (919) 573-6220<br>Facsimile: (336) 232-9220<br><br>*Attorneys for Plaintiffs* | BROWN, CRUMP, VANORE & TIERNEY<br><br>/s/ R. Scott Brown<br>R. Scott Brown<br>PO Box 1729<br>Raleigh, NC 27602<br>N.C. State Bar No. 13435<br>919-835-0909<br>Scottbrown@bcvtlaw.com<br><br>*Attorney for Defendant Harford Mutual Insurance Company* |